UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TROY BUSH (#129378)                                         CIVIL ACTION

VERSUS                                                      NUMBER 08-255-RET-SCR

MAJ. JAMES RUSS, ET AL

RULING

Before the court is the plaintiff's Motion Requesting Guidance in Properly Serving Defendants and/or Motion Ordering Defendants to Accept Service of Summons or a Default Judgment Will be Ruled Against Defendants.  Record document number 7.

Summons was returned unserved on defendants James Russ, Kirk Guerrin and Sgt. Gaites.  Service was not accepted by officials with the Louisiana Department of Public Safety and Corrections because no individual identified by the name James Russ, Kirk Guerrin or Sgt. Gaites is employed by the Department of Corrections.[1]

Plaintiff conceded that the identity of these defendants may be inaccurate.  Plaintiff sought guidance on how to proceed in order to have the defendants served with the complaint. Alternatively, the plaintiff sought an order directing the Louisiana Department of Public Safety and Corrections to accept service on behalf of these individuals even though the plaintiff

---

[1] Record document number 5, Process Return and Receipt Form USM-285.

failed to properly identify them.

Accordingly, the plaintiff's motion is granted insofar as the plaintiff sought guidance on how to serve the defendants. A review of the record showed that defendant Cornel Hubert has made an appearance through counsel of record. Plaintiff may serve an interrogatory on defendant Cornel Hubert, through his attorney of record, in an effort to properly identify the other defendants. In all other respects the plaintiff's motion is denied.

Baton Rouge, Louisiana, July 14, 2008.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE