UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TROY BUSH (#129378)

VERSUS

MAJ. JAMES RUSS, ET AL

CIVIL ACTION

NO. 08-255-C

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated September 11, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendant's motion to dismiss will be granted. The plaintiff's claims against Maj. James Russ, Assistant Warden Kirk Guerrin and Sgt. Gaites will dismissed for failure to serve these defendants pursuant to Rule 4(m), Fed. R. Civ. P.

Baton Rouge, Louisiana, October 21, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA