UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



TROY BUSH (#129378)

VERSUS

MAJ. JAMES RUSS, ET AL

CIVIL ACTION

NO. 08-255-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the defendant's motion to dismiss is granted. The plaintiff's claims against Maj. James Russ, Assistant Warden Kirk Guerrin and Sgt. Gaites are dismissed for failure to serve these defendants pursuant to Rule 4(m), Fed. R. Civ. P.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, October 31, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA